AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

8 U.S.C. § 1326 - Illegal Reentry After Deportation (One Count)

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
20 years imprisonment; $250,000 fine; 3 years supervised release; $100 special assessment.

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

DEFENDANT - U.S.

▶ JUAN DE DIOS GARCIA

DISTRICT COURT NUMBER
CR 07 0496 PJH

---

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)
Immigration & Customs Enforcement (ICE)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.
CR 3-07-70425

Name and Office of Person Furnishing Information on THIS FORM
**SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  Erika R. Frick

---

**DEFENDANT**

IS *NOT* IN CUSTODY
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges    ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☑ Yes  ☐ No   If "Yes" give date filed  7/18/2007

DATE OF ARREST   Month/Day/Year

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY   7/13/2007

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time:
Before Judge:

Comments:

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: SAN FRANCISCO

FILED
07 JUL 31 PM 4: 29
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N. DIST. OF CALIFORNIA

UNITED STATES OF AMERICA,

JUAN DE DIOS GARCIA

CR 07 0496 PJH

E-filing

DEFENDANT.

## INDICTMENT

Title 8, United States Code, Section 1326 - Alien Found
in the United States After Deportation

A true bill.

_____
Foreman

Filed in open court this 31st day of
July 2007.

_____
Clerk

Bail, $ No Process

1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney

FILED
07 JUL 31 PM 4:29
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 07 0496 PJH |
| Plaintiff, | VIOLATION: Title 8, United States Code, Section 1326 – Alien Found in the United States After Deportation |
| v. | |
| JUAN DE DIOS GARCIA, | |
| Defendant. | SAN FRANCISCO VENUE |

INDICTMENT

The Grand Jury charges:

On or about July 6, 2007, the defendant,

JUAN DE DIOS GARCIA,

an alien, having been previously excluded, deported, and removed from the United States to Mexico, and having subsequently voluntarily returned to and remained in the United States, was found in the Northern District of California, the Attorney General of the United States and the Secretary for Homeland Security not having expressly consented to a re-application by the defendant for admission into the United States, in violation of Title 8, United States Code,

INDICTMENT

1  | Section 1326.
2  |
3  | DATED: 7/31/07                    A TRUE BILL.
4  |
5  |                                   _____
6  | SCOTT N. SCHOOLS                  FOREPERSON
   | United States Attorney
7  |
8  | _____
9  | IOANA PETROU
   | Chief, Major Crimes Section
10 |
11 | (Approved as to form: _____ )
   |                        AUSA Frick
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

INDICTMENT