UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date: August 15, 2007**                                               **JUDGE:  Phyllis J. Hamilton**

**Case No:  CR-07-496 PJH**

**Case Name:    United States   v.   Juan DeDios Garcia (C)(Spanish Interpreter)**

**Attorney for Plaintiff:**    Erika Frick
**Attorney for Defendant:**   Dan Blank

**Deputy Clerk:**  Nichole Heuerman                        **Court Reporter**: Sylvia Russo
**Interpreter:** Christina Visus

**PROCEEDINGS**

Status/Trial Setting-Held. The parties updated the court regarding discovery. The parties inform the court that a disposition has almost been reached. Time is excluded from 08/15/07 to 10/03/07 for effective preparation of counsel. Government to prepare order re: exclusion of time.

**CASE CONTINUED TO:** October 3, 2007 at 1:30 p.m.  for change of plea or trial setting.

-------------------------------------------------------------------------------------------------------------------
**EXCLUDABLE DELAY:** Category  Begins 08/15/07 Ends 10/03/07
-------------------------------------------------------------------------------------------------------------------

**cc:**    chambers