UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** October 3, 2007                                  **JUDGE:** Phyllis J. Hamilton

**Case No:** CR-07-0496 PJH

**Case Name:** United States  v.  Juan DeDios Garcia (C)(Spanish Interpreter)

**Attorney for Plaintiff:**   Erika Frick
**Attorney for Defendant:**   Dan Blank

**Deputy Clerk:** Nichole Heuerman                **Court Reporter:** Belle Ball

**Interpreter:** Christina Visus (Spanish)

**PROCEEDINGS**

   Trial Setting/Change of Plea-Held.  Defense counsel informs the court that he has not gone over the plea agreement with the defendant.  Defense counsel's request for a one week continuance is granted by the court.  Time is excluded from 10/3/07 to 10/10/07 for effective preparation of counsel.  The government to prepare order regarding exclusion of time.

**CASE CONTINUED TO:** October 10, 2007 at 1:30 p.m.  for Change of Plea and Sentencing.

--------------------------------------------------------------------------------------------------------------------
**EXCLUDABLE DELAY:** Category  Begins 10/3/07 Ends 10/10/07
--------------------------------------------------------------------------------------------------------------------

**cc:**   chambers