UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL MINUTES

Date: October 10, 2007                    JUDGE: Phyllis J. Hamilton

Case No: CR-07-0496 PJH

Case Name:   United States   v.   Juan DeDios Garcia (C)(Spanish Interpreter)


Attorney for Plaintiff:    Erika Frick
Attorney for Defendant:    Dan Blank

Deputy Clerk: Nichole Heuerman          Court Reporter: Catherine Edwards

Probation Officer: Jackie Sharpe

Interpreter: Carole Glasser (Spanish)


PROCEEDINGS

    Change of Plea-Held.  The plea agreement is signed and filed in court.  The defendant is sworn.  The court finds the defendant to be fully competent and capable of entering into an informed plea.  The plea is knowing and voluntary.  The court finds a factual basis for the plea.  The defendant enters a plea of guilty as to count one of the Indictment.  The plea is accepted by the court.  The defendant is adjudged guilty of the offense.

    Sentencing-Held.  The defendant is committed to the custody of the Bureau of Prisons for a term of 51 months; 3 years supervised release with the following special condition:1) The defendant shall comply with the rules and regulations of the Bureau of Immigration and Customs Enforcement and, if deported, not reenter the United States without the express consent of the Secretary of the Department of Homeland Security.  The defendant shall pay a special assessment in the amount of $100.00; due immediately.

    The court to make a recommendation to the Bureau of Prisons that the defendant be assessed for drug program suitability and placement if found suitable.


cc:    chambers